April 19, 1978.

M. P. No. 78-74. Gloria J. Ferruccio *v.* Richard Ferruccio. The husband's petition for certiorari is denied. *Rosedale & Riffkin, Mitchell S. Riffkin,* for defendant-petitioner.